AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Servers storing records of Telegram account "@Unknown69" and Apple iPhone Pro Max 16 cellular phone, both further described in Attachment A | )<br>)<br>)   Case No. 25-mj-1947<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Servers storing records of Telegram account "@Unknown69" and Apple iPhone Pro Max 16 cellular phone, both further described in Attachment A

located in the      Eastern      District of      Pennsylvania     , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) | receipt and distribution of child pornography |
| 18 U.S.C. 2252(a)(4)(B) | possession of child pornography |

The application is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Christopher Henschel
*Applicant's signature*

Christopher Henschel, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 41(d)(3) by
     telephone      *(specify reliable electronic means)*.

Date:     09/25/2025

PAMELA A. CARLOS
Digitally signed by PAMELA A. CARLOS
Date: 2025.09.25 15:16:32 -04'00'
*Judge's signature*

City and state:    Allentown, Pennsylvania            Honorable Pamela A. Carlos, U.S. Magistrate Judge
*Printed name and title*